## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 13-cv-02007-CMA-MJW

DENNIS SAUCEDO,

    Plaintiff,

v.

IMAGE HOSPITALITY, INC. d/b/a QUALITY INN HOTEL,

    Defendant.

## ORDER TO REINSTATE TERMINATED CASE AND AMEND CAPTION

This matter is before the Court *sua sponte*.  On December 18, 2014, the parties filed a Stipulation for Dismissal With Prejudice (Doc. # 31), which was so lacking in clarity as to cause the Court to believe that the entire case was to be dismissed.  In actuality, Doc. # 31 was intended to dismiss Defendant Choice Hotels International Services Corp., which had previously been terminated on October 2, 2013, by the filing of Plaintiff's Amended Complaint (Doc. # 17).  In the future, counsel should be more careful in the proper filing of clear and concise documents setting forth what they are requesting the Court to do.  It is, therefore,

ORDERED that this case be reinstated and that Defendant Choice Hotels International Services Corp. be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Defendant Choice Hotels International Services Corp., as set forth above.

DATED:  December   18  , 2013

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge